1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    JOEL CHRISTOPHER HOLMES,

9                           Petitioner,        CASE NO. C17-1705 TSZ-BAT

10          v.                                 **ORDER GRANTING**
                                               **APPLICATION TO PROCEED IN**
11   DANIEL SATTERBERG et al.,                 **FORMA PAUPERIS**

12                          Respondents.

13          Petitioner's application to proceed in forma pauperis (Dkts. 1, 6) is **GRANTED**.  The

14   Clerk of Court is directed to file petitioner's petition for writ of habeas corpus without the

15   prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

16          DATED this 18th day of December, 2018.

17

18          _____
                         BRIAN A. TSUCHIDA
19                       United States Magistrate Judge

20

21

22

23